IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-378-D

| | |
|---|---|
| ERIC M. MCMILLIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SHIN, YONG JOO, et al., ) | |
| ) | |
| Defendants. ) | |

On July 26, 2017, Eric M. McMillian ("McMillian" or "plaintiff"), proceeding pro se, applied to proceed in forma pauperis [D.E. 1] and attached a proposed complaint [D.E. 1-1]. On October 2, 2017, McMillian filed additional materials in support of his complaint [D.E. 4]. McMillian now moves to voluntarily dismiss this action [D.E. 5].

A plaintiff may dismiss an action voluntarily, without a court order, by filing a notice of dismissal at any time before the adverse party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, an action shall not be dismissed on the plaintiff's request except upon court order. Id. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, McMillian may voluntarily dismiss the action.

In sum, the court GRANTS McMillian's motion for voluntary dismissal [D.E. 5], and DISMISSES this action without prejudice.

SO ORDERED. This 22 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge